File No. 1694-17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Virgil Day, | Case No. 08-30179 |
| Kathy Kyle-Day, | |
| | Honorable Judge Cox |
| Debtors. | |

### RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes Litton Loan Servicing, LP ("Litton") and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1. On December 3, 2009, Chapter 13 Trustee Tom Vaughn filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and indicated that if the creditor is not post petition current, it must file a response within sixty days of said Notice. This response is being filed within that time frame. Litton is the servicer for the mortgage.

2. The Debtors are not current on their post-petition mortgage payments regarding the real estate located at: 2213 W. 167th St., Hazel Crest, Illinois 60429 ("Real Estate"). The plan was confirmed on January 26, 2009.

3. Since there is a post petition default the mortgage should not be considered fully reinstated. The default figures presents are good through the cure date.

4. The loan is due based upon post-petition arrears on the mortgage due at the time of the Trustee's Notice. The following is due and owing:

    i) $3,907.15 in post-petition mortgage payments from December 1, 2008 through November 1, 2009;

      ii)      $150.30 in post-petition late charges;

      iii)     $95.00 in post-petition BPO; and,

      iv)     $24.50 credit.

That the total post petition default for the mortgage totals $4,127.95. The mortgagee should not be required to treat the mortgage as reinstated and fully current. The creditor reserves the right to amend this response.

Respectfully submitted,

    /s/  Mitchell A. Lieberman
Mitchell A. Lieberman # 6193234
Noonan & Lieberman, Ltd.
Attorney for Litton Loan Servicing, LP
105 W. Adams, Suite 3000
Chicago, Illinois 60603
(312) 431-1455